IN THE UNITED STATES DISTRICT COURT
FOR THE SEVENTH DISTRICT OF ILLINOIS

Robert Turner

v.  Civil Case No.: 19-700-JPG

United States of America

## TORT CLAIM

Comes now, Mr. Robert Turner, files the above action against the United States of America pursuant to the Federal Tort Claim Act (FTCA), 28 U.S.C. §2671-2679 ect all for act and omissions of their employee's while acting under the color of law.

## PARTIES

1) At all times relevant to this action, the United States of America is describes pursuant to the federal tort claim act as a person, who can be sued for acts and omissions of their employees.

2) At all times relevant to this action, Robert Turner was under the custody of the United States of America, specifically. He was being held at the White County Jail Federal holding.

## FACTS

1) On 7/10/2017, Robert Turner was given a Tuberculosis screening.

2) On 7/10/2017, Robert Turner explained to Nurse Stephaine Burnett that he was not allowed to have a (TB) test done, as he had tested positive in 2010.

3) Nurse Burnett asked: "Did you have chest x-rays done?" Robert Turner replied "Yes!"

4) Nurse Burnett then replied: "were you given medication?" and Mr. Turner replied: "Yes. For 7 months."

5) Nurse Burnett continued to inject Mr. Turner with a (TB) test.

6) Mr. Turner's arm instantly went into spasams and (GERD).

7) C.O. Kaleena stated: "I can't believe she forced you to take that shot."

## INJURIES

Robert Turner has suffered GERD, sweats, scared to sleep as he chokes on acid reflux.

## RELIEF

Robert Turner request 2 million dollars in damages.

Signed under penalty of perjury 28 U.S.C. §1746

Dated this 23RD day of JUNE, 2019

*Robert Turner*
Mr. Robert Turner
Reg. No.: 13717-025

Robert Turner 13717-025
Federal Correctional Institute - Gilmer
P.O. Box 6000
Glenville, WV. 26351

CHARLESTON WV 250

29 JUN 2029 PM 4 L

MAIL CLEARED
US MARSHAL

⇔ 13717-025 ⇔
Us Federal Courthouse
301 W MAIN ST
Benton, IL 62812
United States

62812-136201

RECEIVED
JUN 27 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE